ANNA BARBASOTE et al., Respondents, *v.* THOMAS E. MURRAY, as Receiver of INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.

Submitted November 30, 1939; decided December 28, 1939.

*A. L. Wilbur* and *James L. Quackenbush* for appellant.

*Jacob W. Friedman* for respondents.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.